**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2055**

JEROLD M. MCELVAINE,

       Petitioner,

    v.

TRADESMAN INTERNATIONAL INCORPORATED; NEW HAMPSHIRE
INSURANCE COMPANY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

       Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(10-0486; 10-0486A)

Submitted: March 29, 2012      Decided: April 9, 2012

Before NIEMEYER, KEENAN, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jerold M. McElvaine, Petitioner Pro Se. Brian Aaron Richardson,
MCCANDLISH HOLTON, PC, Richmond, Virginia; Paul Leon Edenfield,
Mark A. Reinhalter, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerold M. McElvaine seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore disability benefits pursuant to 33 U.S.C. §§ 901-950 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. McElvaine v. Tradesman Int'l Inc., Nos. 10-0486; 10-0486A (B.R.B. Apr. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DENIED